# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143650

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AUTO-OWNERS INSURANCE COMPANY,
      Plaintiff/Counter-Defendant,

v

BRIAN LEPP,
      Defendant/Cross-Defendant,

and

ESTATE OF KATHLEEN O'NEILL,
      Intervening Defendant/Counter-
      Plaintiff/Third-Party Plaintiff-
      Appellant,

v

VALENTI TROBEC CHANDLER INC, AND
JAIME FAZIO,
      Third-Party Defendants-Appellees.

SC: 143650
COA: 297534
Oakland CC: 09-101116-CK

_____/

On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_Corbin R. Davis_
Clerk

p1219